UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                                          CASE NO. 17-06049-JMC-13

BRIAN JAMES COFFMAN,

    DEBTOR.

## DEBTOR'S MOTION FOR RELIEF FROM ORDER

COME NOW, Brian James Coffman, Debtor in the above captioned matter, by counsel and respectfully request the Court to grant relief from the Order Terminating the Automatic Stay. In support Debtor states:

1. That on November 16, 2017 the Court issued its Order Granting Motion for Relief from Stay as to ACAR Leasing LTD and 2015 Chevrolet Silverado VIN 1GCVKPEC7FZ438420.

2. That on November 29, 2017 Counsel for Debtor was contacted by the Debtor advising that Debtor is ready willing and able to fully cure the arrearage and will be able to resume regular payments going forward.

3. That, as Debtor has obtained new employment, the vehicle is necessary for Debtor's successful completion of the Plan.

WHEREFORE, the Debtor respectfully request that the Court grant Relief from the Order Granting Relief from the Automatic Stay and to reinstate the Automatic Stay upon Debtor's Cure and for all other relief just and proper in the premises.

                                                  Respectfully Submitted,

Dated: 11/29/2017                        /s/ Eric C. Welch
                                                      Eric C. Welch (21861-02)
                                                        Attorney for Debtor
                                                        400 N. High St., Suite 201
                                                        Muncie, IN 47308

765-282-9501

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 29, 2017, a copy of the foregoing Motion for Relief from Order was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

John Hauber: ecfmail@hauber13@hauber13.com

U.S. Trustee:  ustpregion10.in.ecf@usdoj.gov

Jon Lieberman and Anthony Sottile: bankruptcy@sottileandbarile.com

/s/ Eric C. Welch
Eric C. Welch (21861-02)